UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOEVON L BOWEN,

          Petitioner,

v.

DANNY SAMUELS,

          Respondent.

Case No. 23-cv-00291-JST

**ORDER OF DISMISSAL**

On or about January 20, 2023, Petitioner filed this *pro se* petition for a writ of habeas corpus. ECF No. 1. That same day, the Clerk of the Court informed Petitioner that this action was deficient because Petitioner had not paid the filing fee or filed an application to proceed *in forma pauperis*, and instructed Petitioner to correct this deficiency by February 17, 2023. ECF No. 3. The deadline has passed, and Plaintiff has neither paid the filing fee nor filed an application to proceed *in forma pauperis*, or otherwise communicated with the Court. The Court therefore DISMISSES this action without prejudice. Because this dismissal is without prejudice, Plaintiff may move to reopen the action. Any such motion must be accompanied by either the filing fee or an *in forma pauperis* application on the proper form with the required supporting documents. The Clerk shall enter judgment in favor of Respondent and close the file.

**IT IS SO ORDERED.**

Dated: March 8, 2023

                                            JON S. TIGAR
                                     United States District Judge